**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re:<br><br>**Global Systems & Strategies, Inc.,**<br><br>Debtor. | **Case No. 04-12045PM**<br><br>**Chapter 11** |
|---|---|
| **Global Systems & Strategies, Inc.,**<br><br>Movant,<br><br>v.<br><br>**Global Crossing and**<br>**De Lage Landen Financial Services,**<br><br>Respondents. | |

## MEMORANDUM OF DECISION

This matter came before the court for hearing on September 26, 2007, on the "Debtor's Omnibus Objection to Claims." After careful consideration of the record and the absence of responses, the court will sustain the Objection.

An appropriate order will be entered.

cc:
Global Systems & Strategies, Inc.
13512 Hunting Hill Way
Gaithersburg, MD 20878

Richard H. Gins
Law Office of Richard H. Gins
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814

Lynn A. Kohen
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

De Lage Landen Fin. Srvs. Inc. dba VA Resources Inc.
Attn: Ray Crouse, Director, Litigation and Recovery
1111 Old Eagle School Road
Wayne, PA 19087

De Lage Landen Fin. Srvs. Inc. dba VA Resources Inc.
1111 Old Eagle School Road
Wayne, PA 19087

De Lage Landen PNC
Lockbox 41601
Route 38 and Eastgate Drive
Moorestown, NJ  08057

De Lage Landen
c/o Agricredit Acceptance LLC
Dennis Fedosa, CEO
4412 114th Street
Urbandale, IA 50322

De Lage Landen
National Registered Agents, Inc. of Md.
Second Floor
836 Park Avenue
Baltimore, MD 21201

Global Crossing
Attn: Sharon Hart, Bankruptcy Administrator
200 Galleria Office Center, Suite 402
Southfield, MI 48034

Global Crossing
John J. Legere, CEO
Wessex House
45 Reid Street
Hamilton, HM 12
Bermuda

Global Crossing Telecommunications, Inc.
30300 Telegraph Road
Bingham Farms, MI 48025

Global Crossing Telecommunications, Inc.
CSC-Lawyers Inc. Service Co.
 7 St. Paul Street, Ste. 1660
Baltimore, MD 21202

All parties requesting notice

**End of Memorandum of Decision**